Form 149

## UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street  
Greensboro, NC 27401

Bankruptcy Case No.: 18−80955

IN THE MATTER OF:  
Helen Louise Barnes    xxx−xx−9188  
aka Helen L. Graham  
aka Helen L. Davis  
259 Trescott Drive  
Timberlake, NC 27583

    Debtor(s)

### NOTICE OF DEFICIENCY REGARDING CERTIFICATE OF SERVICE

A Notice to Creditors and Proposed Plan was filed in the above−captioned case on December 28, 2018.

The following deficiency has been noted regarding service on the above referenced document(s)

**\*No certificate of service has been filed or certificate of service is incomplete.**

Dated: 1/2/19                                                              OFFICE OF THE CLERK/R