UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Helen Louise Barnes**,

Soc. Sec. No. xxx-xx-9188
Mailing Address: 259 Trescott Drive, Timberlake, NC 27583-

Debtor.

Case No.: 18-80955

Chapter 13

## CERTIFICATE REGARDING SERVICE OF PLAN

I, Angel West, certify that on 1/7/19, a copy of the **Chapter 13 Plan** was served by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix.

This case does NOT include any creditors subject to cramdown or mortgage stripoff.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 1/7/19

/s Angel West

Angel West

CertificateOfService.wpt (rev. 7/4/18)

Capital One  
Post Office Box 85015  
Richmond, VA 23285-5075

Capital One  
Post Office Box 30285  
Salt Lake City, UT 84130-0285

First Investors Servicing Corporati  
ATTN: Officer  
380 Interstate North Parkway  
Suite 300  
Atlanta, GA 30339

First Premier Bank  
Post Office Box 5524  
Sioux Falls, SD 57117-5524

Indigo  
c/o Celtic Bank  
Post Office Box 4499  
Beaverton, OR 97076

Internal Revenue Service (MD)  
Post Office Box 7346  
Philadelphia, PA 19101-7346

Mr. Cooper  
Attn: Officer  
Post Office Box 619094  
Dallas, TX 75261-9741

NC Child Support Enforcement  
Bankruptcy Reporting Contact  
Post Office Box 20800  
Raleigh, NC 27619-0800

NC Department of Revenue  
Attn: Bankruptcy Unit  
Post Office Box 1168  
Raleigh, NC 27602-1168

Person County Tax Collector  
13 Abbitt Street  
P.O. Box 1701  
Roxboro, NC 27573

Progressive Leasing  
ATTN: Officer  
Post Office Box 413110  
Salt Lake City, UT 84141-3110

Progressive Leasing  
ATTN: Officer  
256 West Data Dürive  
Draper, OH 44166

Synchrony Bank (Mattress Firm)  
ATTN: Bankruptcy Dept.  
Post Office Box 965061  
Orlando, FL 32896-5061

Synchrony Bank (Mattress Warehouse)  
ATTN: Bankruptcy Dept.  
Post Office Box 965061  
Orlando, FL 32896-5061

Synchrony Bank (Walmart)  
Attn: Bankruptcy Dept.  
Post Office Box 965060  
Orlando, FL 32896-5060

The Honorable Jeff Sessions  
U.S. Department of Justice  
950 Pennsylvania Ave. NW  
Washington, DC 20530-0001

U.S. Attorney General  
U.S. Department of Justice  
950 Pennsylvania Ave. NW  
Washington, DC 20530-0001

US Attorney's Office  (MD)  
101 S. Edgeworth Street, 4th floor  
Greensboro, NC 27401

US Attorney's Office  (MD)**  
101 S. Edgeworth Street, 4th floor  
Greensboro, NC 27401

US Department of Education  
Direct Loan Servicing Center  
Post Office Box 5609  
Greenville, TX 75403-5609

Utah Higher Ed/Dept  
Cornerstone Ed Loan Serv  
Post Office Box 145122  
Salt Lake City, UT 84114

Whitestone Financial  
4633 W Market Street  
Suite A  
Greensboro, NC 27407

Whitestone Financial CPS  
Post Office Box 8365  
Greensboro, NC 27419